# Sixth District Court of Appeal
# State of Florida

_____

Case No. 6D23-578
Lower Tribunal No. 20-CF-016054

_____

Aamier Jjordan Williams,

Appellant,

v.

State of Florida,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

April 2, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and BROWNLEE, JJ., concur.


Keith W. Upson, of The Upson Law Group, P.L., Naples, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED